fore issued to him, to show cause why a writ of mandamus should not issue directing and commanding him to vacate, annul, and set aside the order and decree of August 9, 1930, dismissing the bill of complaint in the case of *Madden Bros., Inc.,* v. *Railroad & Warehouse Commission of Minnesota et al.,* and to call to his assistance two other judges and proceed in the said cause according to and in compliance with the provisions of § 266 of the Judicial Code in order to hear and determine the application for an interlocutory injunction in said cause;

It is now here ordered that the said rule be, and the same is hereby, made absolute. *Mr. E. W. MacPherran* for petitioner. *Messrs. Henry N. Benson, Charles E. Phillips,* and *John F. Bonner* for respondent.

No. 686. LEACH v. CALIFORNIA.

Submitted May 18, 1931. Decided May 25, 1931. *Per Curiam:* The appeal herein is dismissed. *Stratton* v. *Stratton,* 239 U. S. 55; *Andrews* v. *Virginian Ry. Co.,* 248 U. S. 272, 275; *Matthews* v. *Huwe,* 269 U. S. 262, 265, 266; *American Railway Express Co.* v. *Levee,* 263 U. S. 19, 20. *Mr. Jesse I. Miller* for appellant. *Mr. U. S. Webb,* Attorney General of California, for appellee. *Messrs. Raymond Benjamin* and *Henry P. Goodwin,* by special leave of Court, filed a brief as *amici curiae.*

No. 841. SMITH ET AL. v. ILLINOIS BELL TELEPHONE Co.
Jurisdictional statement submitted May 18, 1931. Decided May 25, 1931. *Per Curiam:* The appeal herein is dismissed. The order of the District Court merely reinstated the interlocutory injunction pursuant to the opinion of this Court. The